**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

GEORGE KOKOLIS and WENDY KOKOLIS, as husband and wife, and GAZEBO RESTAURANT, INC., a Florida for profit corporation,

Plaintiffs,

-vs-                                                                       Case No.  8:05-cv-1896-T-24EAJ

CITY OF BRADENTON BEACH, FLORIDA,  a municipal corporation, and CITY OF BRADENTON BEACH CODE ENFORCEMENT BOARD,

Defendants.
_____/

## O R D E R

This cause comes before the Court for consideration of the parties' Motion to Remove Case from Trial Docket and to Retain Jurisdiction Over Settlement Agreement (Doc. No. 26).  Counsel states that the action has been resolved, but requests that the Court retain jurisdiction over the Settlement Agreement.

Having considered the Motion to Remove Case from Trial Docket and to Retain Jurisdiction Over Settlement Agreement, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that:

(1) The parties' Motion to Remove Case from Trial Docket and to Retain Jurisdiction Over Settlement Agreement (Doc. No. 26) is **GRANTED**.  This cause is **DISMISSED WITHOUT PREJUDICE**, and the Court shall retain jurisdiction over the Settlement Agreement.

(2) The parties are directed to file and serve, on or before July 2, 2007, and every six months thereafter, a status report regarding the progress being made under the terms of the Settlement Agreement.

(3) The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Tampa, Florida, this 21st day of December, 2006.

SUSAN C. BUCKLEW
United States District Judge