UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEORGE KOKOLIS and WENDY KOKOLIS,
as husband and wife, and GAZEBO
RESTAURANT, INC., a Florida for profit
corporation,

       Plaintiffs,

v.                                                      Case No.  8:05-cv-1896-T-24 EAJ

CITY OF BRADENTON BEACH, FLORIDA, a
municipal corporation, and CITY OF
BRADENTON BEACH CODE ENFORCEMENT
BOARD,

       Defendants.
_____/

## **O R D E R**

This cause comes before the Court on the parties Joint Status Report.  (Doc. No. 30).  In the status report, the parties state that all provisions of the Settlement Agreement have been fully performed, and request this Court to relinquish jurisdiction over the Settlement Agreement and dismiss this case with prejudice.

Having considered this request, and being otherwise fully advised, it is ORDERED AND ADJUDGED that the Court relinquishes jurisdiction over the Settlement Agreement and dismisses this case with prejudice.

**DONE AND ORDERED** at Tampa, Florida, this 5th day of May, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record